No. 11–6793. MARION v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–6797. SMITH v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–6802. MANCARI v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 11–6810. LOVE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–6816. PEREZ-SANCHEZ v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–6817. MEDINA-ORTIZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–6818. BONE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–6821. WILLIAMS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–6822. VILLEGAS-VALDEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–6824. MCANDREW v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–6877. HUDSON v. LORENCE. Ct. App. Mich. Certiorari denied.

No. 10–1477. HARGROVE v. UNITED STATES. C. A. 7th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–143. PILGRIM FILMS & TELEVISION, INC., ET AL. v. MONTZ ET AL. C. A. 9th Cir. Motions of Reveille LLC et al. and California Broadcasters Association et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 11–287. SKECHERS U. S. A., INC. v. TOMLINSON. C. A. 8th Cir. Motion of Center for Class Action Fairness for leave to file a brief as *amicus curiae* granted. Certiorari denied.